AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of VA (Richmond Div

| | |
|---|---|
| SUNTRUST MORTGAGE, INC. <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN INTERNET MORTGAGE, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV615 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Internet Mortgage, Inc.
c/o Vincent Jude Kasperick, Registered Agent
4121 Camino Del Rio South
San Diego, California 92108
Serve: Secretary of the Commonwealth
1111 E. Broad Street
Richmond, VA 23218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert D. Perrow, Esq.
Williams Mullen, PC
P.O. Box 1320 (23218)
200 S. 10th Street, Suite 1600
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: AUG 23 2012

*Signature of Clerk or Deputy Clerk*